# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| V. | CASE NUMBER |
| LAURA LEE PHILLIPS, DEFENDANT. | 2:06-CR-071-MEF |

## NOTICE OF ACCEPTANCE OF APPOINTMENT

**COMES NOW,** Daniel G. Hamm, and hereby gives notice of acceptance as appointed counsel for the Defendant.

**RESPECTFULLY SUBMITTED** this the 19th day of October, 2006.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Notice of Acceptance of Appointment by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorney named below or parties if not represented by counsel.

**DONE** this the 19th day of October, 2006.

                                        **/s/ Daniel G. Hamm**

                                        DANIEL G. HAMM (HAM043)
                                        ATTORNEY FOR THE DEFENDANT
                                        560 S. MCDONOUGH ST., STE. A
                                        MONTGOMERY, ALABAMA 36104
                                        TELEPHONE     334-269-0269
                                        FAX                 334-323-5666

Christopher Snyder
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36101