# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| V. | CASE NUMBER |
| LAURA PHILLIPS, DEFENDANT. | 2:06-CR-071-MEF |

## MOTION TO EMPLOY PSYCHOLOGIST AT GOVERNMENT EXPENSE

**COMES NOW** counsel for the Defendant and moves this Honorable Court pursuant to *Rule 12.2(c), Federal Rules of Criminal Procedure*, for an Order allowing counsel to employ and for the issuance of a CJA 21 Authorization and Voucher for Expert and Other Services for Dr. Catherine Boyer, 248 E. Glenn Avenue, Auburn, Alabama 36830, as a clinical and forensic psychologist in this case at the expense of the government by stating the following grounds:

1. Counsel for Defendant filed a motion to employ Dr. Boyer at Governments expense and this Honorable Court granted said motion under *USA v Laura Phillips, 2:06-cr-023-WHA*.

2. Dr. Boyer completed her evaluation and filed her report on October 13, 2006.

3. The Government moved to dismiss the indictment on October 18, 2006 and this Honorable Court granted said motion on October 23, 2006.

4. Ms. Phillips has now been indicted by superseding indictment in the instant case and counsel will require the continued assistance of Dr. Boyer as a witness when this case comes to trial.

5. Counsel asks this Honorable Court to allow Dr. Boyer's psychological evaluation filed in *2:06-cr-023-WHA* be made a part of the instant case file.

**WHEREFORE, THE PREMISES CONSIDERED**, Defendant prays that this Honorable Court will issue an Order granting the employment, allowing the adoption of Dr. Boyer's evaluation as part of the case file and for the issuance of a CJA 21 for Dr. Catherine Boyer as Clinical & Forensic Psychologist at the government's expense.

**RESPECTFULLY SUBMITTED** this the 14th day of November, 2006.

**/s/ Daniel G. Hamm**

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX            334-323-5666

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Motion to Employ Psychologist at Government Expense by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below or parties if not represented by counsel.

**DONE** this the 14th day of November, 2006.

/s/ **Daniel G. Hamm**

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

Christopher A. Synder
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36101