IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-CR-0071-MEF |
| | ) | |
| LAURA LEE PHILLIPS | ) | |

**ORDER**

Upon review of Defendant's *Motion to Employ Psychologist at Government Expense* (Doc. 107, filed November 14, 2006), it is

**ORDERED** that the United States respond by November 22, 2006, to show any cause why this motion should not be granted

Done this 15th day of November, 2006

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE