IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO. 06-cr-071-MEF |
| | ) | |
| **LAURA LEE PHILLIPS** | ) | |
| | ) | |

**UNITED STATES' RESPONSE TO MOTION
TO EMPLOY PSYCHOLOGIST AT GOVERNMENT EXPENSE**

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files its response to Defendant Laura Lee Phillips's Motion to Employ Psychologist at Government Expense as follows:

1. On November 15, 2006, the United States contacted Phillips's attorney, Dan Hamm, to inquire about the nature of Phillips's request. Several months prior to this motion, Phillips already requested and was granted funds to conduct a psychological exam at Government expense, and the United States wanted to confirm that Phillips was not making a request for a second psychological examination.

2. Based upon the November 15, 2006 conversation, it is the United States' understanding that Phillips's request is only to employ a psychologist at trial, should a trial be held, and not to have a second report conducted. Based upon this request alone, the United States does not object to Phillips's request.

Respectfully submitted this 24th day of November, 2006.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/ Christopher Snyder
        CHRISTOPHER A. SNYDER
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, AL 36104
        Phone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: christopher.a.snyder@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Dan Hamm.

        /s/ Christopher Snyder
        CHRISTOPHER A. SNYDER
        Assistant United States Attorney