IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  06-cr-071-MEF |
| | ) | |
| LAURA LEE PHILLIPS | ) | |
| | ) | |

## UNITED STATES' MOTION FOR LEAVE TO FILE RESPONSE

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and as grounds for the above named Motion, states as follows:

1. On November 14, 2006, Defendant Laura Lee Phillips filed a Motion to Employ Psychologist at Government Expense.  On November 15, 2006, this Court ordered the U.S. Attorney's Office to show cause why this motion should not be granted on or before November 22, 2006.

2. Several months prior to this motion, Phillips already had a psychological exam at Government expense.  Thus, immediately after receiving the Court's order, the United States contacted Phillips's attorney, Dan Hamm, to inquire about the nature of Phillips's request.  Based upon that conversation, it is the United States' understanding that Phillips's request is only to employ a psychologist at trial, should a trial be held, and not to have a second report conducted.  Based upon this request alone, the United States did not object to Phillips's request.  The United States then intended to file a response to reflect this understanding.

3. However, due to an oversight on the Government's part, the Response was not filed on November 22, 2006, as ordered. The next day, November 23, 2006, was Thanksgiving, a federal holiday. The United States realized this oversight this morning, November 24, 2006, and therefore requests that it be permitted to file its response one day out-of-time. As mentioned, the United States does not object to Phillips's motion to the extent that it is only a request to employ a psychologist at trial. Phillips therefore will not be prejudiced the United States' one day delay of filing its response.

3. AUSA Snyder has attempted to contact Phillips's attorney to receive his position on this motion, but has been unable to reach him prior to the filing of this motion.

Respectfully submitted this 24th day of November, 2006.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: christopher.a.snyder@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Dan Hamm.

<u>/s/ Christopher Snyder</u>
CHRISTOPHER A. SNYDER
Assistant United States Attorney