IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06cr71-MEF |
| | ) | |
| LAURA LEE PHILLIPS | ) | |

**ORDER**

Upon consideration of the motion for leave to file response (doc. # 128) filed by the United States, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 29th day of November, 2006.

       /s/Charles S. Coody
       CHARLES S. COODY
       CHIEF UNITED STATES MAGISTRATE JUDGE