IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 DEC 13  P 4 37

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO. 2:06cr0071-MEF |
| ) | |
| BERNETTA LASHAY WILLIS, ) | |
|     a/k/a "Nettie," "Hot Girl," ) | |
|     "Hottie," "Hi-Girl," "LaShay," ) | |
| CRYSTAL DENISE PHILLIPS, ) | |
|     a/k/a "Bootie Boo, ) | |
| LAURA PHILLIPS, ) | |
|     a/k/a "Goobe," and ) | |
| LITASHA WASHINGTON, ) | |
|     a/k/a "Tasha." ) | |
| ) | |

### MOTION FOR LEAVE TO DISMISS SUPERCEDING INDICTMENT

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Superceding Indictment heretofore filed on October 11, 2006, in the above styled cause, on the following grounds, to wit:

Second Superseding Indictment filed.

Respectfully submitted this the 13th day of December, 2006.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

CHRISTOPHER A. SNYDER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 DEC 13  P 4:37

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:06cr0071-MEF |
| ) | |
| BERNETTA LASHAY WILLIS, ) | |
|     a/k/a "Nettie," "Hot Girl," ) | |
|     "Hottie," "Hi-Girl," "LaShay," ) | |
| CRYSTAL DENISE PHILLIPS, ) | |
|     a/k/a "Bootie Boo, ) | |
| LAURA PHILLIPS, ) | |
|     a/k/a "Goobe," and ) | |
| LITASHA WASHINGTON, ) | |
|     a/k/a "Tasha." ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2006, I filed the foregoing with the Clerk of the Court and will mail copies of such filing to all attorneys of record.

Respectfully submitted,
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
CHRISTOPHER A. SNYDER
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
christopher.a.snyder@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06cr0071-MEF |
| ) | |
| BERNETTA LASHAY WILLIS, ) | |
|   a/k/a "Nettie," "Hot Girl," ) | |
|   "Hottie," "Hi-Girl," "LaShay," ) | |
| CRYSTAL DENISE PHILLIPS, ) | |
|   a/k/a "Bootie Boo, ) | |
| LAURA PHILLIPS, ) | |
|   a/k/a "Goobe," and ) | |
| LITASHA WASHINGTON, ) | |
|   a/k/a "Tasha." ) | |
| ) | |

O R D E R

Upon consideration of the Motion for Leave to Dismiss the Superceding Indictment filed on October 11, 2006, heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this ___ day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE