IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06CR71-MEF |
| | ) | |
| LAURA PHILLIPS | ) | |

**ORDER**

Upon consideration of the motion to employ psychologist at government exprense (doc. # 107) filed by the defendant, it is

ORDERED that pursuant to 18 U.S.C. § 3006A(3), approval for payment for psychological services be and is hereby GRANTED.  Compensation to be paid to a psychologist for services rendered shall not exceed $1,600.00, exclusive of reimbursement for expenses reasonably incurred.   It is further

ORDERED that counsel for the defendant shall provide to the Clerk of the Court the name of the psychologist and her Social Security Number or other tax ID.

Done this 18th day of December, 2006.

  /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE