**COURTROOM DEPUTY MINUTES**    DATE: **DECEMBER 27, 2006**
**MIDDLE DISTRICT OF ALABAMA**
                                DIGITAL RECORDING: 10:48 – 10:51

| | |
|---|---|
| √ | INITIAL APPEARANCE |
| ☐ | DETENTION HEARING |
| ☐ | REMOVAL HEARING (Rule 5) |
| ☐ | ARRAIGNMENT |
| √ | ARRAIGNMENT on SUPERSEDING INDICTMENT |
| ☐ | PRELIMINARY EXAMINATION |

PRESIDING MAG. JUDGE **CHARLES S. COODY**        DEPUTY CLERK: **WANDA STINSON**

CASE NO. **2:06CR-71-MEF-CSC**                   DEFT. NAME: **LAURA LEE PHILLIPS**

USA: ~~CHRISTOPHER SNYDER~~ *Andrew Schiff*    ATTY: **DANIEL HAMM**

                                Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO;

USPTSO/USPO: _____

Defendant ____ does  √ does NOT need an interpreter; NAME: _____

| | | |
|---|---|---|
| ☐ Kars. | Date of Arrest _____ or   ☐ Rule 5 Arrest | |
| √ kia. | Deft. First Appearance. Advised of rights/charges.   ☐ Pro/Sup Rel Violator | |
| ☐ Finaff. | Financial Affidavit executed   ☐ to be obtained by PTS;   ☐ ORAL Motion for Appt. Of Counsel. | |
| ☐ koappted | **ORAL ORDER** appointing Federal Defender - **Notice to be filed.** | |
| ☐ 20appt. | Panel Attorney Appointed;   ☐ to be appointed - prepare voucher | |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ | |
| ☐ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg.   ☐ To be followed by written motion; | |
| ☐ | Government's **WRITTEN** Motion for Detention Hrg. filed. **DETENTION HRG**   ☐ held;   ☐ Set for _____;   ☐ **Prelim. Hrg** Set for _____ | |
| ☐ kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered | |
| ☐ kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered | |
| ☐ kocondrls. | Release order entered.   ☐ Deft. advised of conditions of release. | |
| ☐ kbnd. | ☐ **BOND EXECUTED** (M/D AL charges) $ _____   Deft released (kloc LR). | |
| | ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered | |
| ☐ Loc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody | |
| ☐ ko. | Deft. **ORDERED REMOVED** to originating district | |
| ☐ krmvhrg. | Identity/Removal Hearing   ☐ set for _____;   ☐ **WAIVER** of Rule 5 & 5.1 Hearings | |
| ☐ kwvprl. | Waiver of Preliminary hearing; | |
| ☐ | Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury. | |
| √ Karr. | ARRAIGNMENT SET FOR: _____   √ **HELD**. Plea of **NOT GUILTY** entered. | |
| | √ Trial Term 3/12   ☐ **PRETRIAL CONFERENCE DATE**: _____ | |
| | √ **DISCOVERY DISCLOSURES DATE**: 12/27/06 | |