# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| V. | CASE NUMBER |
| LAURA PHILLIPS, DEFENDANT. | 2:06-CR-071-MEF |

## NOTICE OF EXPERT EVIDENCE OF A MENTAL CONDITION

**COMES NOW**, Laura Phillips, by and through counsel for, and gives notice unto this Honorable Court and to the Government, pursuant to *Rule 12.2(b), Federal Rules of Criminal Procedure*, that Defendant intends to introduce expert evidence relating to her mental capacity as it relates to the issue of guilt.

1. The Government has been, over the course of this litigation, been provided documents and reports relative to this testimony.

**RESPECTFULLY SUBMITTED** this the 9th day of January, 2007.

/s/ Daniel G. Hamm
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX    334-323-5666

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Notice of Expert Evidence of a Mental Condition by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below or parties if not represented by counsel.

**DONE** this the 9th day of January, 2007.

/s/ Daniel G. Hamm
───────────────────────────
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX         334-323-5666

Christopher A. Synder
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36101