COURTROOM DEPUTY MINUTES          DATE: JANUARY 12, 2007
MIDDLE DISTRICT OF ALABAMA        DIGITAL RECORDED: 1:14 - 1:18

## PRETRIAL CONFERENCE

PRESIDING MAG. JUDGE: CHARLES S. COODY     DEPUTY CLERK: WANDA STINSON

CASE NUMBER: 1:06CR-71-MEF-CSC     DEFENDANT NAME: LAURA LEE PHILLIPS

### APPEARANCES

GOVERNMENT                                          DEFENDANT COUNSEL
ATTY. ~~CHRISTOPHER SNYDER~~                        ATTY. DANIEL HAMM
Stephen P. Feaga (signature)

✓ **DISCOVERY STATUS:** Complete.

✓ **PENDING MOTION STATUS:** None.

☐ **PLEA STATUS:**

☑ **TRIAL STATUS:** Will take 4-5 days to try case.

☐ **REMARKS:**