# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> V. <br><br> LAURA LEE PHILLIPS, DEFENDANT. | CASE NUMBER <br><br> 2:06-CR-071-MEF |

## NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW,** the defendant, Laura Lee Phillips, by and through the undersigned counsel and notifies this Honorable Court of her intent to change her plea from not guilty to guilty**.** Defendant waives her right to plea in front of a District Judge and consents to do so before a Magistrate Judge.

**RESPECTFULLY SUBMITTED** this the 28th day of February, 2007.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX                   334-323-5666

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed this Notice of Intent to Change Plea with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: Christopher Snyder, Assistant United States Attorney, Post Office Box 197, Montgomery, Alabama 36101.

**DONE** this the 28th day of February, 2007.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX         334-323-5666