IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 MAR -2  P 3: 40

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:06-cr-71-MEF |
| ) | [21 U.S.C. § 844(a)] |
| LAURA LEE PHILLIPS, ) | |
| a/k/a Goobe ) | INFORMATION |
| ) | |

The United States Attorney charges:

### COUNT 1

In or about September, 2005, in Montgomery County, within the Middle District of Alabama,

**LAURA LEE PHILLIPS,**

did knowingly and intentionally possess less than 5 grams of cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 844(a).

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
CHRISTOPHER A. SNYDER
Assistant United States Attorney