AO 455 (Rev. 5/85)    Waiver of Indictment

# United States District Court

MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

v.

LAURA LEE PHILLIPS
a/k/a Goobe

**WAIVER OF INDICTMENT**

Case Number:  2:06-cr-71-MEF

I, LAURA LEE PHILLIPS, the above named defendant, who is accused of violation of Title 21, United States Code, Section 844(a), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2-8-07 DATE prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer