# COURTROOM DEPUTY MINUTES   DATE: March 8, 2007   FTR RECORDING: 3:32 - 4:15 and 4:15 - 4:20

**MIDDLE DISTRICT OF ALABAMA**   COURT REPORTER: MITCHELL REISNER

- ☐ ARRAIGNMENT
- ✓ CHANGE OF PLEA
- ☐ CONSENT PLEA
- ☐ RULE 44(c) HEARING
- ☐ SENTENCING

---

| | |
|---|---|
| PRESIDING MAG. JUDGE: CHARLES S. COODY | DEPUTY CLERK: WANDA STINSON |
| CASE NUMBER: 2:06-CR-71-MEF-CSC | DEFENDANT NAME: LAURA PHILLIPS |
| AUSA: CHRISTOPHER SNYDER | DEFENDANT ATTY: DANIEL HAMM |
| USPTS/USPO: Donneel Thompson | Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; ( ) CDO |

Defendant _____ does  ✓ does NOT need and interpreter.  Name: _____

---

- ☐ This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)
- ☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.
- ☐ **ORAL ORDER** Appointing ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.
- ✓ **WAIVER OF INDICTMENT** executed and filed.
- ✓ **MISDEMEANOR INFORMATION** filed.
- ☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ☐ Not Guilty   ☐ Nol Contendere   ☐ Not Guilty by reason of insanity

   ✓ Guilty as to:   ✓ Count(s) __1__ of the **Misdemeanor Information**

   ✓ Count(s) __1, 15, 16, 17__ of the Second Superseding Indictment;

   ✓ To be dismissed at sentencing.

- ✓ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.
- ☐ No Plea Agreement entered   ✓ Written plea agreement filed.   ☐ **ORDERED SEALED.**
- ✓ **ORAL ORDER** Adjudicating defendant guilty.
- ✓ **ORDER:** Defendant Continued  ✓ same Conditions/Bond imposed by Mag. Judge;

   ☐ Released on Bond & Conditions of Release for:

   ☐ Trial on _____; ✓ Sentencing on _____; ✓ to be set by Separate Order

- ☐ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

   ☐ Trial on _____; or ☐ Sentencing on _____ ☐ Set by separate Order.