# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| V. | CASE NUMBER |
| LAURA LEE PHILLIPS, DEFENDANT. | 2:06-CR-071-MEF |

## MOTION TO EXPEDITE SENTENCING

**COMES NOW,** the defendant, Laura Lee Phillips, by and through the undersigned counsel and files this motion to expedite her sentencing hearing by stating the following:

1. The Defendant entered her guilty plea on March 8, 2007.

2. On June 8, 2007 this Honorable Court continued the Defendant's sentencing hearing from June 13, 2007 until August 16, 2007.

3. The Defendant was in the Montgomery City Jail for approximately two (2) months and had been residing at Bannum Place for the last nine (9) months.

4. Based upon review of the Presentence Report, the guideline range for the Defendant's sentence would be Zone B (2-8 months). Such a sentence will allow this Court to which can be satisfied by time served by the Defendant thus far.

**WHEREFORE** the above premises considered, the Defendant prays that this Honorable Court will expedite her sentencing hearing and impose a sentence consistent with that recommended by the Government and Probation Services.

**RESPECTFULLY SUBMITTED** this the 26th day of June, 2007.

/s/ Daniel G. Hamm
_____
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed this Motion to Expedite Sentencing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: Christopher Snyder, Assistant United States Attorney, Post Office Box 197, Montgomery, Alabama 36101.

**DONE** this the 26th day of June, 2007.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666