IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-71-MEF |
| | ) | |
| LAURA LEE PHILLIPS | ) | |

## **O R D E R**

Upon consideration of defendant Laura Lee Phillips's Motion to Expedite Sentencing (Doc. #256) filed on June 26, 2007, it is hereby

ORDERED that the motion is GRANTED. This defendant's sentencing hearing set for August 16, 2007 is rescheduled for July 12, 2007 at 9:00 a.m. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 9th day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE