**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 2:06-cr-71-MEF** |
| | ) | |
| **LAURA LEE PHILLIPS,** | ) | |
| **a/k/a Goobe** | ) | |
| | ) | |

---

### United States' Motion for Downward Departure for Substantial Assistance

---

The United States moves this Court to reduce Laura Lee Phillips's sentence by two offense levels for the substantial assistance she rendered in this case. As grounds for this Motion, the United States notes:

1.      On or about February 22, 2007, Phillips provided a proffer to the United States. Later, on or about March 8, 2007, she agreed to plead guilty and cooperate with the United States. Based upon her proffered information, law enforcement is currently investigating several additional individuals for Hurricane Katrina fraud. The United States also believes that this proffer and plea was a factor that induced the guilty plea of at least one other co-defendant, Litasha Washington.

2.      On or about March 28, 2007, Phillips testified at the trial of Bernetta Willis and provided critical information related to Willis's drug dealing and fraudulent FEMA activity. Since that time Phillips has also testified before a Grand Jury sitting in the Middle District, and based on that testimony, the United States expects to return an indictment against at least one other individual.

3.      The United States believes that at all times Phillips has been truthful with the Government.  Therefore, United States asks this Court to depart two levels under Guideline § 5K1.1 based upon her substantial assistance.

Respectfully submitted this the 11th day of July, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: christopher.a.snyder@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Dan Hamm.

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney