IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-71-MEF |
| | ) | |
| LAURA LEE PHILLIPS | ) | |

## **O R D E R**

On July 13, 2007, the judgment entered in this case provided:

> Defendant shall make arrangement to locate suitable living arrangements at a place privately owned or part of some social rehabilitation program religiously affiliated or otherwise at the approval of the United States Probation Office. Defendant may leave Bannum House when defendant finds a suitable living place.

The Court has been notified that defendant has found a suitable living place.

Therefore, it is hereby

ORDERED that defendant is released from Bannum House as of this date.

DONE this 3rd day of August, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE