IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-71-MEF |
| | ) | |
| LAURA LEE PHILLIPS | ) | |

## **O R D E R**

Upon consideration of Daniel G. Hamm's Motion to Withdraw (Doc. #292) filed on February 11, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 13th day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE